USDC SCAN INDEX SHEET

SWD 3/19/04 15:09

3:04-CV-00580 DUVIGNEAUD V. GARCIA

*1*

*CMP.*

KIRBY A. DUVIGNEAUD
(Name)
P.O. BOX 5002
(Address)
CALIPATRIA, CA. 92233
(City, State, Zip)
D 45890
(CDC Inmate No.)

| | |
|---|---|
| 2254 ___ | 1983 X |
| FILING FEE PAID | |
| Yes ___ | No X |
| IFP MOTION FILED | |
| Yes X | No X |
| COPIES SENT TO | |
| Court X | ProSe ___ |

FILED
04 MAR 18 PM 5:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# United States District Court
## Southern District of California

KIRBY A. DUVIGNEAUD
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

SILVIA GARCIA WARDEN,
G. MEJIA #25535,
L. LUCCY #51377,
DOES 1-10 INCLUSIVE,
(Enter full name of each defendant in this action.)

Defendant(s).

'04 CV 00580 BTM (BEN)
Civil Case No. ___________
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

**A. Jurisdiction**

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_______________________________________________

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, KIRBY A. (print Plaintiff's name) DUVIGNEAUD, who presently resides at CALIPATRIA STATE PRISON (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at CALIPATRIA STATE PRISON (institution/place where violation occurred) on (dates) 12-24-02 (Count 1), ________ (Count 2), and ________ (Count 3).

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant G. MEJIA resides in IMPERIAL COUNTY,
(name) (County of residence)
and is employed as a CORRECTIONAL OFFICER. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: THIS DEFENDANT IS EMPLOYED BY DEFENDANT SILVIA GARCIA, WARDEN, WHO IS RESPONSIBLE FOR THE TRAINING AND DUTIES OF THIS DEFENDANT.

Defendant L. LUCCY resides in IMPERIAL COUNTY,
(name) (County of residence)
and is employed as a CORRECTIONAL OFFICER. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: THIS DEFENDANT IS EMPLOYED BY DEFENDANT SILVIA GARCIA, WARDEN, WHO IS RESPONSIBLE FOR THE TRAINING AND DUTIES OF THIS DEFENDANT.

Defendant SILVIA GARCIA, WARDEN resides in IMPERIAL COUNTY,
(name) (County of residence)
and is employed as a WARDEN. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: THIS DEFENDANT IS RESPONSIBLE FOR THE TRAINING AND DUTIES OF ALL CORRECTIONAL OFFICERS AT THIS INSTITUTION.

Defendant ______________ resides in ______________,
(name) (County of residence)
and is employed as a ______________. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: ______________

C. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: 8TH AMENDMENT VIOLATION BY USING EXCESSIVE FORCE, AND CRUEL & UNUSUAL PUNISHMENT (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

I WAS ASSAULTED ON 12-24-02 BY C/O G. MEJIA BADGE #25535, AND C/O L. LUCCY BADGE# 51377, WHO EXCESSIVELY AND PROFUSIVELY SPRAYED ME WITH A TOXIC CHEMICAL AGENT { OC/ PEPPER SPRAY } DIRECTLY AND SIMULTANEOUSLY IN MY FACE, AND CONTINUED TO DO SO, AFTER I WAS FULLY IN COMPLIANCE WITH THE ORDERS TO LAY ON THE DAYROOM FLOOR. MOREOVER THEY ABUSED, AND IMPROPERLY CONTINUED TO USE A CONDUCT, AND DEMEANOR WITH THEIR ACTIONS, WHICH WAS TRULY NEGLECTIVE, UNREASONABLE, UNNECESSARY AND WANTON PURPOSELESS, THAT BROUGHT UPON AN ADVERSE EFFECT FOR ME AND MY WELL BEING, DUE TO THE FACT THAT I SCREAMED THAT I COULDN'T BREATH, WITH COMPLICATIONS OF UNDUE PHYSICAL DISCOMFORT, AND VISUAL IMPAIRMENT OCCURED, TO THE POINT THAT DR. AN MINH NGUYEN ORDERED MEDICATED EYE DROPS, AND THROAT LOZENGERS. MOREOVER, HE DR. NGUYEN SCHEDULED ME TO VISIT THE OPTOMETRIST THE SAME DAY, OF ME SCHEDULED TO VISIT HIM.

Count 2: The following civil right has been violated: N/A
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

N/A

Count 3: The following civil right has been violated: N/A
(E.g., right to medical care, access to courts,
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

N/A

D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: N/A
Defendants: ______
(b) Name of the court and docket number: N/A

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] N/A

(d) Issues raised: N/A

(e) Approximate date case was filed: N/A.
(f) Approximate date of disposition: N/A.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

I'VE EXHAUSTED ALL FORMS OF RELIEF FROM THE PROCEDURE'S THROUGH 602 LEVELS, LOG# CAL 03-00227, IAB CASE # 0214203, AND BOARD OF CONTROL CLAIM # G540562 LETTER REFERENCE 194.

## E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): N/A

2. Damages in the sum of $ 104,000.00 ACCORDING TO PROOF.
3. Punitive damages in the sum of $ 96,000.00 ACCORDING TO PROOF.
4. Other:

## F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

## G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below. Failure to either consent to proceed before a magistrate judge or request designation of a district judge will be deemed a consent to proceed before the magistrate judge.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

3/11/04
Date

[signature]
Signature of Plaintiff

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

**Kirby Anthony Duvigneaud**

**DEFENDANTS**

04 MAR 18 PM 5: 18

**Silvia Garcia** DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Imperial**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **Imperial**
(IN U.S. PLAINTIFF CASES ONLY) DEPUTY

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**Kirby Anthony Duvigneaud D-45890**
**Calipatria State Prison**
**PO Box 5002**
**Calipatria, CA 92233**

ATTORNEYS (IF KNOWN)

**'04 CV 00580 BTM (BEN)**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS – PERSONAL INJURY | TORTS – PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| | | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| | | | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | | | ☐ Security Act | | ☐ 950 Constitutionality of State |
| | | | | | ☐ 890 Other Statutory Actions |

| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS |
|---|---|---|
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights |
| ☐ 290 All Other Real Property | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE March 18, 2004

[redacted]