# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

KIRBY A. DUVIGNEAUD,

Plaintiff,

vs.

LUIS LUCCY AND GALO MEJIA-REYES,

Defendants.

CASE NO. 04cv0580 BTM (WMc)

**JUDGMENT**

This action having come to trial before a jury that, after hearing the evidence and arguments of all parties, returned a unanimous verdict in favor of Defendants Luis Luccy and Galo Mejia-Reyes on Plaintiff's claims. The Court now directs the Clerk to enter judgment in favor of Defendants Luis Luccy and Galo Mejia-Reyes and against Plaintiff Kirby Duvigneaud, together with costs.

**IT IS SO ORDERED.**

DATED: October 31, 2006

Hon. Barry Ted Moskowitz
United States District Judge