AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Kirby A. Duvigneaud

**V.**

Luis Luccy and Galo Mejia-Reyes

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 04CV0580-BTM(WMC)

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Luis Luccy and Galo Mejia-Reyes and against Plaintiff Kirby Duvigneaud, together with costs....................................................

November 2, 2006
Date

W. Samuel Hamrick, Jr.
Clerk

s/ J. Petersen
(By) Deputy Clerk

ENTERED ON November 2, 2006